```
 1  FRAILING, ROCKWELL & KELLY
    By: Sharon E. Kelly
 2  State Bar No. 187936
    P.O. Box 0142
 3  Modesto, CA  95353-0142
    Telephone: (209) 521-2552
 4  FAX: (209) 526-7898

 5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDonna Genereux, | CIVIL NO. 1:05cv1457 DLB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to file plaintiff's opening brief with the court be extended from June 29, 2006 to July 28, 2006.

///
///
///
///
///
///

1    This is plaintiff's first request for an extension of time.
2 Plaintiff needs the additional time to further review the file and
3 prepare her opening brief.

                                              Respectfully submitted,

Dated: June 26, 2006        By /s/ Sharon E. Kelly
                                  SHARON E. KELLY
                                  Attorney for Plaintiff


Dated: June 26, 2006        McGREGOR W. SCOTT
                                  United States Attorney

                                  By /s/ Kristi C. Kapetan
                                  (As authorized via facsimile)
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney

1  IT IS SO ORDERED.

2  Dated: **July 13, 2006**                    **/s/ Dennis L. Beck**
   3c0hj8                                      UNITED STATES MAGISTRATE JUDGE